IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:15-00055 |
| vs. | ) | CHIEF JUDGE KEVIN H. SHARP |
| | ) | |
| SCOTT LUMLEY | ) | |

## MOTION TO SET A CHANGE OF PLEA HEARING

Comes now Scott Lumley, by and through counsel of record, Paul Bruno, and hereby moves the Court to set a change of plea hearing in this matter. As grounds for this motion, Mr. Lumley would state and show that he intends to enter a plea of guilty in this matter. Mr. Lumley, counsel for Mr. Lumley, and counsel for the government are available the afternoon of Monday, June 1, 2015, and all day on Tuesday, June 2, 2015.

Respectfully submitted,

s/ *Paul Bruno*
Paul Bruno, B.P.R. #17275
Attorney for Scott Lumley
The Bruno Firm
5115 Maryland Way
First Floor
Brentwood, Tennessee 37027
(615) 251-9500
paulbruno@thebrunofirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Motion To Set A Change Of Plea Hearing* has been electronically delivered to William Abely, Assistant United States Attorney, 110 Ninth Avenue, South, Suite A961, Nashville, TN 37203-3870, on this the 11th day of May, 2015.

s/ *Paul Bruno*
Paul Bruno