UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

(list each defendant appearing at hearing)

)  Case No.:
)
)  Judge:
)
)  Hearing Date:
)
)  Location:  ○ Nashville   ○ Columbia   ○ Cookeville
)
)  Court Reporter:
)
)  Court Interpreter:
)

## CRIMINAL MINUTES

Government Attorney(s):

Defense Attorney(s):

## TRIAL PROCEEDINGS

1. JuryTrial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Total Time in Court:

KEITH THROCKMORTON, Clerk
by: