UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:15-cr-00055 |
| v. | ) | Chief Judge Sharp |
| | ) | |
| SCOTT LUMLEY | ) | |

GOVERNMENT'S SENTENCING POSITION

The United States of America ("the Government"), by and through David Rivera, United States Attorney for the Middle District of Tennessee, and the undersigned Assistant U.S. Attorney, respectfully states that it has no objections to the presentence investigation report dated July 31, 2015 or to the addendum dated August 28, 2015.

The Government intends to recommend a sentence to include a term of probation of five years.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: s/ William F. Abely_____
William F. Abely
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615-736-5151

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via CM/ECF, on this, the 9th day of September, 2015.

                                                                         s/ William F. Abely